# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ORIENTAL TRADING COMPANY, INC., A Delaware corporation, and FUN EXPRESS, LLC, a Nebraska limited liability corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>YAGOOZON, INC., a Rhode Island corporation,<br><br>    Defendant. | Case No. 8:13CV351<br><br>ORDER OF RECUSAL |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the complaint filed in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

Dated this 10th day of December 2013.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge