# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ORIENTAL TRADING COMPANY, INC.,** a Delaware corporation, and **FUN EXPRESS LLC,** a Nebraska limited liability corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**YAGOOZON, INC.,** a Rhode Island corporation,<br><br>　　　　　Defendant. | CASE NO. 8:13CV351<br><br>ORDER OF RECUSAL |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 10th day of December, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge