IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ORIENTAL TRADING COMPANY,     )
INC., a Delaware corporation, )
and FUN EXPRESS LLC, a        )
Nebraska limited liability    )
corporation,                  )
                              )
          Plaintiffs,         )         8:13CV351
                              )
     v.                       )
                              )
YAGOOZON, INC., a Rhode       )         ORDER
Island corporation,           )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file amended complaint and demand for jury trial (Filing No. 19). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until February 28, 2014, to file their amended complaint. Defendant shall have until March 14, 2014, to answer or otherwise respond.

DATED this 18th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court