IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion for leave to amend the complaint (Filing No. 31). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted; plaintiffs shall have until September 2, 2014, to file their second amended complaint. Defendant shall have until September 22, 2014, to answer or otherwise respond.

DATED this 26th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court