IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiffs' motion for leave to file motion, brief, and supporting evidence under seal (Filing No. 62). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted. Plaintiffs may file their motion for partial summary judgment, brief and supporting evidence under seal, pending further order of the Court.

DATED this 15th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court