IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulated motion to extend progression order (Filing No. 72).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the discovery deadline is extended to December 2, 2015.  All motions for summary judgment shall be filed on or before December 2, 2015.

DATED this 7th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court