IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiffs' motion for leave to file *Daubert* motion under seal (Filing No. 88). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted. Plaintiffs may file their *Daubert* motion, with supporting brief and evidence, under seal, pending further order of the Court.

DATED this 12th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court