IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the motion of plaintiffs Oriental Trade Company, Inc. and Fun Express, LLC, ("plaintiffs") for an evidentiary hearing pursuant to Rule 104 of the Federal Rules of Evidence (Filing No. 113). Plaintiffs request the Court hold a hearing to determine the admissibility of defendant, Yagoozon, Inc.'s expert Janet Labenz. *See* Filing No. 114. The matter has been fully briefed by the parties. *See* Filing Nos. 114, 115, 119. After review of plaintiffs' motion, the parties' briefs, and the applicable law, the Court finds that plaintiffs' motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion for an evidentiary hearing pursuant to Rule 104 of the Federal Rules of Evidence with respect to defendant's expert Janet Labenz is granted.

2) The hearing is scheduled for:

**Tuesday, January 12, 2016, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court