IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the motion of the parties to extend progression order (Filing No. 137). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; plaintiffs shall have until April 6, 2016, to file their final reply brief in support of their second summary judgment motion.

2) Any remaining deadlines are held in abeyance until ruling has been made on any pending summary judgment motions.

3) Thereafter a planning conference will be scheduled with counsel to complete a new progression schedule for this case.

DATED this 5th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court