IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation, and FUN EXPRESS LLC, a Nebraska limited liability corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV351 |
| v. | ) ) | |
| YAGOOZON, INC., a Rhode Island corporation, | ) ) ) | ORDER AND JUDGMENT |
| Defendant. | ) ) | |

This matter is before the Court on the stipulated motion for dismissal (Filing No. 142). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the stipulated motion is granted; this action is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court