IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ORIENTAL TRADING COMPANY, INC., a Delaware corporation; and FUN EXPRESS, LLC, a Nebraska limited liability corporation )<br><br>Plaintiff, )<br><br>vs. )<br><br>YAGOOZON, INC., a Rhode Island corporation )<br><br>Defendant. ) | Case No.  8:13cv351<br><br>**ORDER TO DESTROY** |

Counsel for the plaintiff notified the court on 2/10/2017 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits 2/ Motion Hearing/ 3/8/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   March 3, 2017

BY THE COURT

s/ Lyle E. Strom
United States Senior Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15